1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                         **WESTERN DIVISION**

11  **RAYMOND McCLENDON,**              )
                                         )
12                  **Petitioner,**      )   **Case No. CV 08-6013 MWF (AJW)**
                                         )
13              **v.**                   )
                                         )   **ORDER ACCEPTING REPORT AND**
14  **A. HEDGPETH, WARDEN,**            )   **RECOMMENDATION OF**
                                         )   **MAGISTRATE JUDGE**
15              **Respondent.**          )
    _____ )

16

17      The Court has reviewed the entire record in this action, the

18  Report and Recommendation of Magistrate Judge ("Report"), and

19  petitioner's objections. The Court concurs with and accepts the

20  findings of fact, conclusions of law, and recommendations contained

21  in the Report after having made a de novo determination of the

22  portions to which objections were directed.

23      Having reviewed the objections, the Court notes that, with

24  respect to Petitioner's claim for denial of counsel of choice,

25  Petitioner's objections appear to complain about more than his

26  counsel's lack of preparation.  But even if the objections – and the

27  Petition – should be so construed, the result would not change.

28

On Petitioner's claim relating to the limitation of expert testimony, the Court finds that the trial court's refusal to admit Nair's answer to the question whether the techniques used by C.C.'s therapists were suggestive was proper (in addition to harmless); this testimony would have been cumulative, unfairly prejudicial and lacked foundation.

DATED: September 19, 2012.

Michael W. Fitzgerald
United States District Judge