UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **RAYMOND McCLENDON,** | ) | Case No. CV 08-6013-MWF(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **A. HEDGPETH, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 19, 2012

_____
Michael W. Fitzgerald
United States District Judge